# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

LARRY HALL

## WARRANT FOR ARREST

CASE NUMBER: 00-6082-CR-FERGUSON(s)

TO: **The United States Marshal and any Authorized United States Officer**

FILED by ____ D.C.
SEP 21 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest _____ LARRY HALL

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

| X | Indictment |   | Information |   | Complaint |   | Order of court |   | Violation Notice |   | Probation Violation Petition

**charging him or her with** (brief description of offense)

CONSPIRACY TO POSSES WITH INTENT TO DISTRIBUTE 3,4-METHYLENEDIOXYMETHAMPHETAMINE AND POSSESSION WITH INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

Clarence Maddox

**Name of Issuing Officer**

*[signature]*

**Issuing Officer**

Court Administrator/Clerk of the Court

**Title of Issuing Officer**

9-21-00  Ft. Lauderdale, FL

**Date and Location**

*[signature]* Lurana S. Snow

Bail fixed at $ __PRETRIAL DETENTION__ _requested_ by __UNITED STATES MAGISTRATE JUDGE__

**Name of Judicial Officer**

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |