# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA  509851

UNITED STATES OF AMERICA

V.

LARRY HALL

**WARRANT FOR ARREST**

CASE NUMBER: 00-6082-CR-FERGUSON(s)

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ LARRY HALL _____
Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

| X | Indictment | | | Information | | | Complaint | | | Order of court | | | Violation Notice | | | Probation Violation Petition

**charging him or her with** (brief description of offense)

CONSPIRACY TO POSSES WITH INTENT TO DISTRIBUTE 3,4-METHYLENEDIOXYMETHAMPHETAMINE AND POSSESSION WITH INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE

in violation of Title **21** United States Code, Section(s) **841(a)(1) & 846**

Clarence Maddox                                    Court Administrator/Clerk of the Court
Name of Issuing Officer                            Title of Issuing Officer

[signature]                                        9-21-00  Ft Lauderdale, FL
Issuing Officer                                    Date and Location

                                                   LURANA S. SNOW
Bail fixed at $ __PRETRIAL DETENTION requested__ by __UNITED STATES MAGISTRATE JUDGE__
                                                   Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ Marietta, GA |

| DATE RECEIVED 9/21/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER [signature] Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 9/26/00 | | |

103