FILING FEE
PAID
In Forma Pauperis
Clarence Maddox, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 00-6082-CR-FERGUSON(S) |
| Plaintiff, | | |
| vs. | ) | |
| LARRY HALL, Et. Al., | ) | |
| Defendant. | | |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW, Joseph Weinberg, and respectfully moves this Honorable Court for permission to appear *Pro Hac Vice* and to enter an order allowing him to enter his appearance on behalf of Defendant, Larry Hall, in this case and as grounds therefore shows the following:

1. Movant is duly licensed to practice law in the State of Georgia, is a member in good standing of its bar, having been admitted to practice therein on November 10, 1976.

2. Movant is a member in good standing and eligible to practice before the following bars:

    A. The United States Supreme Court, admitted on April 29, 1985;

    B. The Supreme Court of Georgia, admitted on November 22, 1976;

    C. The United States District Court for the Northern District of Georgia, admitted on May 31, 1977;

    D. The United States District Court for the Middle District of Georgia, admitted on August 7, 1979.

3. Movant has made arrangements with David K. Tucker, Esq., of the law firm of Tucker & Kotler, P.A., to act as local counsel in these proceedings.

4. The granting of this motion will be in the interest of Defendant and will not work an undue hardship on the Plaintiff.

5. Movant shows that his residence address is 2602 Brigadier Court, Marietta, Georgia 30064.

6. The signature of David K. Tucker below indicates his consent to act as local counsel.

Respectfully submitted,

**JOSEPH WEINBERG, ESQUIRE**
*Counsel for the Defendant*
305 Buckhead Avenue
Atlanta, Georgia 30305
(404) 237-3377 - Office
(404) 264-1149 - Facsimile

By: _____
JOSEPH WEINBERG
Georgia Bar Number: 746025

**TUCKER & KOTLER, P.A.**
*Co-Counsel for the Defendant*
Douglas Centre, Suite 1108
2600 Douglas Road
Coral Gables, Florida 33134-6125
(305) 461-3627 - Office
(305) 461-3628 - Facsimile

By: _____
DAVID K. TUCKER
Florida Bar Number: 406023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail ___ day of **November, 2000**, upon ROGER POWELL, ESQUIRE, (AUSA), United States Attorney's Office, located at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301-1902.

By: _____
DAVID K. TUCKER