## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED by ___ D.C.
NOV 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | | | |
|---|---|---|---|
| DEFT: | LARRY HALL (summons) | CASE NO: | 00-6082-CR-FERGUSON |
| AUSA: | ROGER POWELL /pres/ | ATTY: | DAVID TUCKER, ESQ. – /pres/ |
| AGENT: | | VIOL: | 21:846, 841(a)(1)  Weinberg |
| PROCEEDING: | I/A ON INDICTMENT | RECOMMENDED BOND: | PTD requested / bond set in GA |

BOND HEARING HELD - yes / no    COUNSEL APPOINTED: _pro hac vice_

BOND SET @: 40,000 PSB    To be cosigned by: ___
set in ND/GA bond w/same conditions

- ☐ Do not violate any law.
- ☐ Appear in court as directed.        Advised of Charges
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.

Reading of Indictment Waived
N_t guilty plea entered
Jury trial demanded
Standing Discovery Order requested

- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ___
- ☐ Travel extended to: ___
- ☐ Halfway House ___

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 12-7 | 11 | LSS | ✓ |

DATE: 11-16-00    TIME: 1:30 p.m.    FTL/LSS TAPE # 00 - 058    Begin: 2555    End: 2715

132