**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 00-6082-CR-FERGUSON(S) |
| Plaintiff, | | |
| vs. | ) | |
| LARRY HALL, Et. Al., | ) | |
| Defendant. | | |

FILED by _____ D.C.
NOV 16 2000
CLARENCE MADDOX
S.D. OF FLA.

## NOTICE OF PERMANENT APPEARANCE OF COUNSEL FOR LARRY HALL

Attorney's Joseph Weinberg, Esq. and David K. Tucker, Esq., of the law firm of Tucker & Kotler, P.A., hereby file this Permanent Notice of Appearance on behalf of the Defendant LARRY HALL. The undersigned agrees to represent the defendant for all trial proceedings in connection with this matter.

The undersigned hereby state that this appearance is in conformity with the requirements of Local Rule 11.1(D) and Rule 4 of the Special Rules Governing Admission and Practice of Attorneys. This appearance is for trial purposes only, and does not constitute an appearance in any appellate proceedings.

Counsel acknowledges the responsibility to advise the defendant of the right to appeal and to file a timely Notice of Appeal if requested to do so by the Defendant.

Respectfully submitted,

**JOSEPH WEINBERG, ESQUIRE**
*Counsel for the Defendant*
305 Buckhead Avenue
Atlanta, Georgia 30305
(404) 237-3377 - Office
(404) 264-1149 - Facsimile

By: _____
JOSEPH WEINBERG
Georgia Bar Number: 746025

**TUCKER & KOTLER, P.A.**
*Local Counsel for the Defendant*
Douglas Centre, Suite 1108
2600 Douglas Road
Coral Gables, Florida 33134-6125
(305) 461-3627 - Office
(305) 461-3628 - Facsimile

By: _____
DAVID K. TUCKER
Florida Bar Number: 406023

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand-delivered this **16th** day of **November, 2000**, upon ROGER W. POWELL, ESQUIRE, (AUSA), United States Attorney's Office, located at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301-1902.

By: _____
DAVID K. TUCKER