UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA

vs

LARRY HALL

ARRAIGNMENT INFORMATION SHEET

FILED by __ D.C.
NOV 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on NOVEMBER 16, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:             Address: __ON BOND FORM_____
                       _____
                       Telephone:_____

DEFENSE COUNSEL:       Name:_____
                       Address:_____
                       _____
                       Telephone:_____

BOND SET/CONTINUED:    $_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __16TH__ day of __NOVEMBER__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No. __00-058__

cc: Copy for Judge
    U. S. Attorney