NOV 1 7 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # __51790-019__

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR __00-6082-CR-Ferguson__
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
__Larry Hall__ )
    Defendant
*************************************************

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE
*************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: __OOR in frm. NO/6 am/pm 11-16-00__

(2) Language Spoken: __Eng.__

(3) Offense(s) Charged: __p(w)D MOMA__

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: __1-25-63__

(6) Type of Charging Document: (check one)
    [✓] Indictment  [ ] Complaint   To be filed/Already filed
    Case# __00-6082-CR-Ferguson__

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: __So/FL__

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ __40K PSB__
Who set Bond: _____

(7) Remarks: _____

(8) Date: __11-16-00__   (9) Arresting Officer: _____

(10) Agency: __USM__   (11) Phone: _____

(12) Comments: _____