UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.

Case No. 00-6082-CR-FERGUSON

JONATHAN KROLL, (B)
LARRY HALL,
HOWARD L. SMITH and
LISA NORTHON
    Defendants.

_____/

FILED by _____ D.C.
DEC 14 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING MOTIONS TO CONTINUE TRIAL

THIS CAUSE is before the Court on the above-mentioned motion filed, by defendants, Jonathan Kroll and Lisa Northan, on November 22, 2000 and November 24, 2000, respectively. The Court having considered the motions and advise by the government that it does not oppose such motion. Therefore, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The trial is continued to the two-week period commencing **January 16, 2001, and Calendar Call is scheduled for 3:15 p.m. on Monday, January 8th, 2001**, before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow counsel for the defendants reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay from (11/22/00 to 1/16/01) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).



**DONE AND ORDERED** at Fort Lauderdale, Florida this _____ day of ~~November~~ 2000.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies:
Roger Powell, AUSA
Albert Krieger, Esq
Joseph Weinberg, Esq
David Tucker, Esq (local counsel for Larry Hall)
Scott Sakin, Esq