UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

LARRY HALL, (B)
        Defendant.

MINUTES CHANGE OF PLEA

FILED by
MAR 15 2001

On March 15, 2001, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Joseph Weinberg, Esq, appointed by the **Court**/retained by the defendant, and said defendant stated in open court that **he**/her desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to count one of the indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

( )    The Court proceeded to pronounce sentence.

(X)    The Court postponed sentencing until **May 25** at 9:00 a.m.,

( )    and the defendant was allowed to remain on present bond until then;

( )    and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

( )    and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge Wilkie D. Ferguson, JR.
Reporter Bill Romanishin
Clerk Troy T. Walker