## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO.: 00-6082-CR-FERGUSON(S)** |
| **Plaintiff,** | |
| **vs.** ) | |
| **LARRY HALL, Et. Al.,** ) | |
| **Defendants.** | |

## NOTICE OF ANTICIPATED LENGTH OF SENTENCE HEARING AND NOTICE OF REQUEST FOR DEPARTURE IN SENTENCING

The Defendant, Larry Hall ("HALL"), by and through his undersigned counsel, and pursuant to Rule 88.8(6), Local Rules of the Southern District of Florida, hereby notifies the court, counsel for United States, and the United States Probation Office ("USPO") that HALL anticipates that the length of the sentencing hearing will exceed one (1) hour. The hearing is presently scheduled for July 26, 2001. Further, pursuant to Local Rule 88.8(6), this notice is being filed with the Clerk of this Court and a copy shall be hand-delivered to the USPO no later than five (5) days prior to the sentencing hearing.[1] It is anticipated that HALL will call five (5) witnesses and the estimated time required for the sentencing hearing is two (2) hours.

Further, pursuant to Rule 88.8(6) of the Local Rules of the Southern District of Florida, the undersigned counsel shall seek and make a request at the sentencing hearing for a downward departure in the sentencing of HALL. The United States is expected to file a motion for a downward departure pursuant to §5K1.1 of the Sentencing Guidelines, at which time this Honorable Court will be asked to exercise its judicial discretion in making

[1]We are faxing this notice in addition to mailing it.

such a downward departure. At such time, the undersigned counsel will seek a further downward departure for HALL based upon the testimony of a forensic psychologist, Dr. Jack Farrar, HALL and others. The purpose of the testimony from Dr. Farrar will be on the subject of "diminished capacity" and relate to mitigation of punishment and sentencing because the Court will now have the ability to deviate downward from the Sentencing Guidelines. We have previously advised the United States of the testimony of Dr. Farrar, his qualifications and the issue which he will be addressing at sentencing.

Respectfully submitted,

**JOSEPH WEINBERG, ESQUIRE**
*Counsel for the Defendant*
305 Buckhead Avenue
Atlanta, Georgia 30305
(404) 237-3377 - Office
(404) 264-1149 - Facsimile

By: _____
**JOSEPH WEINBERG**
Georgia Bar Number: 746025

**TUCKER & KOTLER, P.A.**
*Local Counsel for the Defendant*
Douglas Centre, Suite 1108
2600 Douglas Road
Coral Gables, Florida 33134-6125
(305) 461-3627 - Office
(305) 461-3628 - Facsimile

By: _____
**DAVID K. TUCKER**
Florida Bar Number: 406023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via Facsimile and US mail this _____ day of **July, 2001**, upon ROGER W. POWELL, ESQUIRE, (AUSA), United States Attorney's Office, located at 500 East Broward Boulevard, Fort Lauderdale, Florida 33301-1902 and DEDRA M. PRATT, United States Probation Officer, 299 East Broward Boulevard, Room 409, Fort Lauderdale, Florida 33301-1865.