SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # __00-6082-CR-FERGUSON__

DEFENDANT __LARRY HALL (B)__   JUDGE __WILKIE D. FERGUSON__

Deputy Clerk ~~Troy Walker~~ D. M<sup>c</sup>Intosh   DATE __7/20//01__

Court Reporter __Steven Franklin__   USPO __Dedra Pratt__

AUSA __Roger Powell__   Deft's Counsel __David Tucker, Esq.,__

COUNTS DISMISSED __All Others__

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
|  |  | 37 | 1 |

10 Days to Appeal

**Supervised Release**

| Probation | Years | Months | Counts |
|---|---|---|---|
|  | 2 |  | 1 |

Comments __Mental/drug Abuse program; search of property;__
__NO further debt, credit or loans; Recommend BOP in Atlanta__

Assessment $ __100 - paid__   Fine $ __N/A__

Restitution /Other _____

_____ Remanded to the Custody of the U. S. Marshal Service  _____ Release on bond pending appeal

__X__ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __11/15/01__

Commitment Recommendation: _____

237