```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2

 3   United States of America,)   Case No.
                               )   00-6082-CR-WDF
 4           Plaintiff,        )
                               )
 5           -v-               )
                               )
 6   Larry Hall,               )
                               )
 7           Defendant.        )   Fort Lauderdale, Florida
                               )   July 20, 2001
 8   _____ )

 9

10              TRANSCRIPT OF SENTENCING PROCEEDINGS

11         BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.

12                      U.S. DISTRICT JUDGE

13

14   Appearances:

15   For the Government         Roger W. Powell, ESQ.
                                Assistant United States Attorney
16                              99 Norteast 4th Street
                                Miami, FL  33132
17
     For the Defendant          David Kalman Tucker, ESQ.
18                              OF:  Tucker and Kotler
                                2600 Douglas Road, Suite 1108
19                              Coral Gables, FL  33134

20   For the Defendant          Joseph Weinburg, ESQ.
                                305 Buchhead Avenue
21                              Atlanta, GA  30305

22   Reporter                   Stephen W. Franklin, RPR, CRR
     (561)651-3865              Official Court Reporter
23                              701 Clematis Street, Suite 417
                                West Palm Beach, Florida  33401
24

25
```



# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**