# United States District Court
## Southern District of Florida
### FT. LAUDERDALE DIVISION

FILED JUL 26 2001 D.C.

**UNITED STATES OF AMERICA**

v.

**LARRY HALL**

A-M-E-N-D-E-D
**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**Case Number: 00-6082-CR-FERGUSON**

Counsel For Defendant: Joseph Weinberg/ David Tucker
Counsel For The United States: Roger W. Powell
Court Reporter: Steven Franklin

The defendant pleaded guilty to Count One (1) of the Indictment. Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 21 USC § 846 | Conspiracy To Possess With Intent To Distribute Methlenedioxymethamphetamine | 3/1/2000 | One (1) |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

All other Count(s) are dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 11/25/1963
Deft's U.S. Marshal No.: 51790-019

Defendant's Mailing Address:
3900 George Busbee Parkway, Apt. 1301
Kennesaw, GA 30144

Defendant's Residence Address:
3900 George Busbee Parkway, Apt. 1301
Kennesaw, GA 30144

Date of Imposition of Sentence:
July 20, 2001

WILKIE D. FERGUSON, JR.
United States District Judge

July 26, 2001

DEFENDANT: LARRY HALL
CASE NUMBER: 00-6082-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **37 Months**.

The defendant is remanded to the custody of the United States Marshal.
**Before 2:00 P.M. on November 15, 2001** as notified by the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ___11-15-01___ to ___FSL Jesup___

at ___Jesup GA___, with a certified copy of this judgment.

D. L. Hobbs, Warden
~~UNITED STATES MARSHAL~~

By: _____
    Deputy U.S. Marshal