

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CR-FERGUSON(s)

UNITED STATES OF AMERICA

v.

LARRY HALL,

        Defendant.
_____/

GOVERNMENT'S MOTION FOR SENTENCE REDUCTION
PURSUANT TO RULE 35, FED. R. CRIM. P.

    **COMES NOW** the United States of America, by and through its undersigned Assistant United States Attorney, and respectfully moves this Honorable Court for a reduction in sentence for Defendant Larry Hall, pursuant to Title 18, United States Code, Section 3553(e) and Rule 35, Fed. R. Crim. P. and in support thereof states as follows:

    1.   On March 15, 2001, Defendant Larry Hall pled guilty to count one of the indictment charging him with conspiracy to possess with intent to distribute MDMA, in violation of Title 21, United States Code, Section 846.  On July 19, 2001, Defendant Hall was sentenced to serve 37 months' imprisonment followed by 2 years supervised release.

2. Prior to entering his plea, Defendant Hall began to cooperate with the United States in the investigation and prosecution of other members of the drug organization. The defendant was a cooperating witness in <u>United States v. Jonathan Kroll, Ryan Creech, Howard Smith, and Lisa Norton</u>, Case No. 00-6082-CR-FERGUSON(s). Defendant Hall was prepared, thorough and credibly reported to law enforcement the historical events of the drug organization which resulted in the government obtaining a superseding indictment. As a cooperating witness Defendant Hall was one of the key factors in obtaining pleas of guilty by all four defendants in the superseding indicted case.

Defendant Hall also took part in the investigation and conviction in, <u>United States v. Rodney Dean Gates</u>, Eastern District of New York, involving four defendants charged with a conspiracy to distribute Gamma Hydroxyl Butyrate (GHB). Defendant Hall provided further cooperation in two investigations in Atlanta, Georgia, involving three defendants that were subsequently convicted of drug distribution on State charges. Defendant Hall also took part in the investigation and subsequent 15 defendant trial in <u>United States v. Steve Kaplan, et al</u>, Northern District of Georgia, that charged the defendants with RICO for distributing MDNA, credit card fraud, prostitution, money laundering and police corruption. Defendant Hall testified during the lengthy trial and all defendants either plead guilty or were found guilty. Lastly,

Defendant Hall provided assistance to law enforcement in the investigation and indictment in <u>United States v. Katrina Allday</u>, Southern District of Alabama, that resulted in the conviction of defendant for distributing MDNA.

3.  The United States certifies that Defendant Hall has rendered substantial assistance as that term is defined in Rule 35, of the Federal Rules of Criminal Procedure.

4.  In connection with this request, the Government notes that, according to <u>F. R. Crim. P.</u> 43(c)(4), a reduction in the defendant's sentence by this Court pursuant to Rule 35(b) does not require the presence of the defendant or the necessity of oral argument on the Motion.

**WHEREFORE**, the United States requests this Court enter an Order reducing Defendant Hall's sentence of 37 months' imprisonment by 50% or 18 months' imprisonment in recognition of Defendant Hall's continued cooperation.

>Respectfully submitted,
>
>GUY A. LEWIS
>UNITED STATES ATTORNEY
>
>By: _/s/ Roger W. Powell_____
>ROGER W. POWELL
>ASSISTANT UNITED STATES ATTORNEY
>Florida Bar No.: 341411
>500 East Broward Blvd., Suite 700
>Ft. Lauderdale, Florida 33394
>Tel:(954) 356-7255, Fax: 356-7336

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion on the __19th__ of July 2002, was mailed to:

Mr. Joseph Weinberg, Esq.
Attorney for Defendant Hall
305 Buckhead Avenue
Atlanta, Georgia 30305


_____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY