

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                Case No. 00-6082-CR-FERGUSON

    Plaintiff(s)

vs.

LARRY HALL

    Defendant(s).
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** on the above-styled cause that has been set for a **RULE 35** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida 33301, on September 19, 2002 at 9:30 A.M.**

    **DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 23rd day of July, 2002.

                                                KAREN GARDNER
                                                DEPUTY CLERK

copies provided:

Roger Powell, AUSA
Joseph Weinberg, Esq.,