UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6082-CR-FERGUSON (s)

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

LARRY HALL,
    Defendant.

_____/



### DEFENDANT'S RESPONSE TO GOVERNMENT'S RULE 35 MOTION

NOW COMES Defendant, Larry Hall, by and through his undersigned counsel and respectfully shows this Honorable Court the following:

1. The Government filed its MOTION FOR SENTENCE REDUCTION PURSUANT TO RULE 35, FED. R. CRIM. P. ("Government's Motion") on July 19, 2002.

2. The Government's Motion requested an Order from this Court reducing Defendant Hall's sentence of 37 months' imprisonment by 50% or 18 months, so that if granted, Defendant Hall's sentence would be reduced to 18 months. The Government's Motion was grounded on Defendant Hall's extraordinary and extensive substantial assistance.

3. The Government's Motion noted in paragraph 4 that according to F. R. Crim. P. 43(c) (4), a reduction in Defendant Hall's sentence pursuant to Rule 35 (b) does



not require the presence of Defendant Hall or the necessity of oral argument on the Motion. The Government did not request a hearing or oral argument.

4. The Defendant, by and through undersigned counsel does not oppose the Government's Motion.

5. Defendant shows that a NOTICE OF HEARING was filed on July 23, 2002 setting the Rule 35 Motion for oral argument and a hearing to be held on September 19, 2002 at 9:30 A.M.

6 The Defendant, by and through counsel, has engaged in substantial and numerous discussions with the Government and DEA Agents involved in the case concerning the extensive substantial assistance provided by Defendant Hall as well as the recommendation that the Government would make in the Rule 35 Motion.

7 Defendant and his undersigned counsel agree and concur with the recommendation made by the Government and the reduction in sentence being requested.

8 Defendant's undersigned counsel show that no objection is made to the recommendation being requested by the Government and, accordingly, no hearing will be necessary or required if this Honorable Court will grant the Government's Motion seeking a reduction of Defendant Hall's sentence from 37 months to 18 months.

9 Undersigned counsel believes there is a reasonable basis upon which the Government's Motion should be granted without the necessity of oral argument and without further delay.

10. Undersigned counsel respectfully requests that this Honorable Court grant the Government's Motion and remove the case from the calendar set for September 19, 2002.

WHEREFORE, Defendant, Larry Hall, by and through his undersigned counsel

respectfully requests this Honorable Court to grant the Government's Motion, reduce the 37-month sentence of Defendant Hall to 18 months, so that if granted, Defendant Hall's sentence would be reduced to 18 months, all without the necessity of oral argument and without the necessity of a hearing.

Respectfully submitted this ____ day of August 2002.

JOSEPH WEINBERG, ESQ.
*Counsel for Defendant*
305 Buckhead Avenue
Atlanta, GA 30305
404-237-3377 - Office
404-264-1149 - Facsimile
Georgia Bar Number: 746025

DAVID K. TUCKER, ESQ.
*Local Counsel for the Defendant*
Tucker & Kotler, P.A.
Douglas Centre, Suite 1108
2600 Douglas Road
Coral Gables, FL 33134-6125
305-461-3627 - Office
305-461-3628 - Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail this ____ day of August 2002, upon Roger W. Powell, Esquire, Assistant United States Attorney, United States Attorney's Office, 500 East Broward Boulevard, Seventh Floor, Fort Lauderdale, Florida 33301 by United States Mail.

By: _____
David K. Tucker, Esq.
Tucker & Kotler, P.A.
Douglas Centre, Suite 1108
2600 Douglas Road
Coral Gables, FL 33134-6125