FILED by

AUG 20 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

Vs.

                            Case No. 00-6082-CR-FERGUSON

LARRY HALL
        Defendant.
_____/

### ORDER GRANTING RULE 35 MOTION

THIS MATTER is before the Court on the Government's Motion for Sentence Reduction. After consideration of the motion it is hereby

**ORDERED AND ADJUDGED** that the motion is **_GRANTED_**. The original sentence of thirty-seven (37) months in the Bureau of Prisons is reduced to eighteen (18) months, with credit for time served.

In granting the additional reduction of sentence the Court has considered the extraordinary cooperation of the defendant in the investigation and prosecution of others. All other aspects of the original judgment are unchanged by this order.

**DONE AND ORDERED** at Fort Lauderdale, Florida this ____ day of August, 2002

                                          WILKIE D. FERGUSON, JR.,
                                          UNITED STATES DISTRICT JUDGE

Roger Powell, AUSA,
Joseph Weinberg, Esq.,
U.S. Marshal ( 3 certified copies)
U.S. Probation