(k) clsdrasgn.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6082-CR-FERGUSON**

**UNITED STATES OF AMERICA,**

Plaintiff(s)/Movant(s),

v.

**LARRY WAYNE HALL, JR.,**

Defendant(s)/Respondent(s).
_______________________________________/




**CLERK'S NOTICE OF JUDICIAL OFFICER REASSIGNMENT OF A CLOSED CASE**

Document(s) have been submitted to this Court which pertain to a case in which the assigned judge is no longer with this Court; all parties to this action are noticed as follows:

1. That pursuant to the Local Rules of this Court, providing for the random and equal allotment of cases, the above-styled case is hereby reassigned to the calendar of **DONALD L. GRAHAM**, United States District Judge for all further proceedings, and

2. That all papers hereafter filed shall bear the assigned case number followed by the surname of the assigned Judicial Officer as follows:

**00-6082-CR-GRAHAM**

thereby indicating the Judge to whom all future documents should be routed or otherwise brought for attention, in accordance with S.D.Fla. L.R. 5.1.A.5.

DONE at the Federal Courthouse Square, Miami, Florida, this 10 day of July, 2003.

CLARENCE MADDOX,
Court Administrator • Clerk of Court

By: ______________________
Deputy Clerk

c: U.S. District Judge DONALD L. GRAHAM
All counsel of record/pro se parties

310/DR