| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 0:00-CR-06082-5 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Southern District of Florida | Ft. Lauderdale |
| Larry Wayne Hall, Jr. 3022 Bunker Hill Circle Marietta, GA 30062 | NAME OF SENTENCING JUDGE | |
| | Honorable Wilkie D. Ferguson, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 02/24/03   TO 02/23/05 |

OFFENSE

Conspiracy to Possess with Intent to Distribute MDMA, 21:USC:846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Georgia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 10, 2003
Date

Honorable ~~Wilkie D. Ferguson, Jr.~~ Donald L. Graham
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/26/2003
Effective Date

United States District Judge

315