# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 03 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk



October 30, 2003

United States District Court
NORTHERN DISTRICT OF GEORGIA
75 SPING STREET, S.W.

ATLANTA, GA 30303-3361

RE:   U.S.A. VS LARRY W. HALL, JR.
      Case No.00-6082-CR-GRAHAM

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction the following items are being forwarded herewith:

- (1) original form PROB 22 Transfer of Jurisdiction
- (1) certified copy of the Indictment/Information
- (1) certified copy of the J&C
- (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: _____
    JACK LEY
    Deputy Clerk

Encl.

---

CLERK'S ACKNOWLEDGMENT OF RECEIPT

This case has been assigned our case number:

__1:03-cr-0561-JTC__

by: _____,
    Deputy Clerk

Date: 11/3/03

---

□301 N. Miami Avenue   □299 E. Broward Boulevard   □701 Clematis Street   □301 Simonton Street   □300 S. Sixth Street
Room 150               Room 108                     Room 402               Room 130               Ft. Pierce, FL 34950
Miami, FL 33128        Ft. Lauderdale, FL 33301     W. Palm Beach, FL 33401   Key West, FL 33040   772-595-9691
305-523-5100           954-769-5400                 561-803-3400           305-295-8100

